Rosella A. KEELER, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7022.

United States Court of Appeals, Federal Circuit.

March 10, 2009.

ON MOTION

*ORDER*

Upon consideration of Rosella E. Keeler's motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Robert J. Di PAOLO, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2009–3115.

United States Court of Appeals, Federal Circuit.

March 16, 2009.

Robert J. Di Paolo, El Dorado Hills, CA, pro se.

Carrie A. Dunsmore, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, it is, ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.